IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARISA K. ALFSEN | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:07cv1105-HSO-JMR |
| | § | |
| BEAU RIVAGE RESORTS, INC., et al. | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [22-1] for Judgment on the Pleadings filed by Defendants Beau Rivage Resorts, Inc., Sherie Richardson, and Dana Smith ["Defendants"], and the Motion [61-1] for Summary Judgment filed by Defendant Beau Rivage Resorts, Inc. The Court, after a full review and consideration of the pleadings on file, the record, and the relevant legal authorities, finds that in accord with its Orders and Reasons entered on May 5, 2008 [48-1], and on February 3, 2009 [65-1], which granted Defendants' Motions [22-1], [61-1],

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants, and that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 3rd day of February, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE